# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **The Regents of the University of California and Eolas Technologies Incorporated,** § § § | |
| § | **CIVIL ACTION 6:11-cv-00646** |
| Plaintiffs § | |
| § | |
| vs. § | |
| § | **JURY TRIAL** |
| **Staples, Inc.,** § | |
| § | |
| Defendant. § | |

## ORDER GRANTING PLAINTIFFS' NOTICE OF DISMISSAL OF PLAINTIFFS' ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

On this day came on for consideration Plaintiffs' Notice of Dismissal of Plaintiffs' Original Complaint for Patent Infringement against Defendant Staples, Inc. The Court finds that dismissal should be granted.

IT IS THEREFORE ORDERED THAT Plaintiffs' Original Complaint for Patent Infringement is DISMISSED.

**So ORDERED and SIGNED this 12th day of March, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**